IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN ROBERT DEMOS
#0287455,

       Plaintiff,

vs.                                      CASE NO. 4:08cv233-SPM/WCS

UNITED STATES, et al.,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 3). Petitioner has filed an objection (doc. 4) pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the objection, I have determined that the Report and Recommendation should be adopted.

In addition to the reasons for dismissal explained in the magistrate judge's Report and Recommendation, the Court notes that there are no constitutional infirmities in either the Report and Recommendation or the Prison Litigation Reform Act of 1995.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's Report and Recommendation (doc. 3) is

ADOPTED and incorporated by reference in this order.

2. Plaintiff's motion for declaratory ruling (doc. 1) is dismissed without prejudice to re-file this case upon simultaneous payment of the full filing fee.

DONE AND ORDERED this <u>third</u> day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge